**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

| | |
|---|---|
| C 08-4060 MMC | City of Stockton v. Bank of America, N.A., et al. |
| C 10-2115 MEJ | Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A., et al. |
| C 10-2116 MEJ | City of Redwood City v. Bank of America, N.A., et al. |
| C 10-2117 EDL | City of Richmond v. Bank of America, N.A., et al. |
| C 10-2119 EMC | East Bay Municipal Utility District v. Bank of America, N.A., et al. |
| C 10-2199 DMR | City of San Jose v. Bank of America, N.A., et al. |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[  ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Counsel are instructed that all future filings in the higher-numbered cases are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned cases will be rescheduled by the Court. Any date for hearing a noticed motion is vacated, and any motion must be re-noticed by the moving party to be heard before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for any appearance in court, which will be rescheduled by the undersigned.

**DATED:** June 15, 2010

MAXINE M. CHESNEY
United States District Judge